**Exhibit A to the Complaint**

**Location:** Riverside, CT  **IP Address:** 68.199.48.37
**Total Works Infringed:** 43  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896 | Vixen | 10/28/2018 15:57:24 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 2 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | Vixen | 09/22/2018 04:20:43 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 3 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | Tushy | 11/13/2018 03:27:12 | 11/02/2018 | 12/09/2018 | 17210345213 |
| 4 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 08/08/2018 17:35:01 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 5 | 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687 | Vixen | 09/09/2018 14:22:39 | 09/01/2018 | 11/01/2018 | 17094105581 |
| 6 | 21D171DF7EFFBC46E8986EE3848E3B5A4E4C26AB | Tushy | 08/15/2018 02:33:47 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 7 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | Tushy | 08/08/2018 17:36:45 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 8 | 2E22088D0C4283B905FACB9C0780EDDEAA60F1FD | Vixen | 05/07/2018 03:58:58 | 05/04/2018 | 06/19/2018 | PA0002126680 |
| 9 | 38C7E5746A3FDD697968C49275B81836A9454790 | Vixen | 10/12/2018 03:35:24 | 10/06/2018 | 11/01/2018 | 17094105481 |
| 10 | 3BF616A8556DA6801124C26EA864439649D28569 | Vixen | 08/22/2018 12:34:34 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 11 | 3D5565340A11007367A788386A1708908C63FDA4 | Tushy | 10/12/2018 03:37:44 | 10/08/2018 | 11/01/2018 | 17093717692 |
| 12 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | Tushy | 07/15/2018 12:58:39 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 13 | 41577E4102ED339277357B7EF3E97C1347487EE2 | Vixen | 09/09/2018 14:22:12 | 09/06/2018 | 11/01/2018 | 17093718131 |
| 14 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 08/08/2018 17:32:57 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 15 | 4670519255EEFD11D8740328CB025AE98351F54C | Vixen | 08/24/2018 12:19:33 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 16 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | Vixen | 04/01/2018 05:25:12 | 03/25/2018 | 04/17/2018 | PA0002116726 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 50E15D2CBEC667D65E27914E8CD54CFC687BA554 | Vixen | 10/24/2018 12:12:03 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 18 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | Vixen | 08/08/2018 17:31:42 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 19 | 64D40092B3D528552372E59E9627B7D57E83B443 | Tushy | 09/09/2018 14:23:53 | 09/03/2018 | 11/01/2018 | 17094105281 |
| 20 | 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25 | Tushy | 07/15/2018 12:57:50 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 21 | 6CA0412F00E59D795DC36C34E223AAE9998B767C | Tushy | 08/08/2018 17:34:56 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 22 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/13/2018 03:32:13 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 23 | 771BFBA9DA574E9C91CE9B46506ED89362ED6DB7 | Vixen | 06/24/2018 04:59:34 | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 24 | 7A1551B9C87003EB6002EC500FBE59AAF1A921E3 | Vixen | 05/04/2018 04:07:35 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 25 | 8A6AAA22A539A360EA9BECDB37E827DDCB9E3963 | Vixen | 07/15/2018 12:53:50 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 26 | 8AB9EDB3E2B91A48276D2F046B1BCFA98D6DC837 | Tushy | 08/22/2018 12:35:39 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 27 | 8F03FA9E680017CA67C0D7E1B21D71FE66A12D3A | Tushy | 07/15/2018 12:56:59 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 28 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/15/2018 12:55:53 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 29 | 94D3ECE85BE7D79E81AA6FF34A0062FA24EDE1ED | Vixen | 04/08/2018 13:57:56 | 04/04/2018 | 04/17/2018 | PA0002116740 |
| 30 | 99C0003686046E848CDB8C0D2B09F797C1702974 | Vixen | 09/20/2018 04:22:14 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 31 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | Vixen | 05/04/2018 04:10:28 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 32 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 09/26/2018 21:38:52 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 33 | ACBDD08C545834892EEAFD5EF53A55AB8EDA2C54 | Tushy | 09/26/2018 21:41:45 | 09/23/2018 | 11/01/2018 | 17093751754 |
| 34 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 09/30/2018 04:42:43 | 09/28/2018 | 10/16/2018 | PA0002127781 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0 | Tushy | 10/28/2018 15:54:28 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 36 | CA57AD217FC0DDFE493B427D8CBEE4FD061DF02D | Tushy | 05/27/2018 02:47:50 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 37 | CAC46062AD4B1599AE11C54170D75FD6205E9E6B | Tushy | 11/13/2018 03:27:38 | 10/28/2018 | 12/09/2018 | 17210310513 |
| 38 | D68599155F00A8CA95C8BF9F81800CC36A2FEAA5 | Vixen | 05/31/2018 04:46:38 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 39 | D72165EC4FA2005CFFC1F7559B1681946B18A3FF | Tushy | 10/24/2018 12:14:01 | 10/13/2018 | 11/01/2018 | 17094105231 |
| 40 | F518524A3E8B5819DB451A88F725D979F728EC34 | Vixen | 08/22/2018 12:35:29 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 41 | F6CE08796E7200EA0845FF9313369CF337C207BF | Vixen | 08/08/2018 17:29:28 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 42 | FDD81CFF1817BC22D3A21ED514ED0E622B2D7456 | Vixen | 11/13/2018 03:27:43 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 43 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 08/08/2018 17:31:14 | 08/07/2018 | 09/05/2018 | PA0002135684 |